UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRANCISCO ANTONIO CASTILLO
LACHAPEL,

                            Petitioner,                     25 **CIVIL** 4693 (JHR)

   -against-                                      **JUDGMENT**

WILLIAM JOYCE, et al.,

                            Respondents.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 16, 2025, the petition for a writ of habeas corpus is DENIED without prejudice; accordingly, the case is closed.

**DATED:** New York, New York
            June 17, 2025

                                                            **TAMMI M. HELLWIG**
                                                              **Clerk of Court**

                         **BY:**           K. Mango

                                                              **Deputy Clerk**